United States District Court
for the Middle District of Louisiana

**HERMAN WALLACE,**
*Petitioner*

vs.

**HOWARD PRINCE, Warden**
*Respondent*

**CIVIL ACTION**

**NO. 3-09-1027-RET-SCR**

## NOTICE OF FILING STATE COURT RECORD

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the State of Louisiana and informs the Court that it is hereby filing with the Clerk of Court *additional* pertinent portions of the record of the proceedings in the case of State of Louisiana vs. Herman Wallace, Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

RESPECTFULLY SUBMITTED,

HILLAR C. MOORE III
DISTRICT ATTORNEY

By: _____
Dale R. Lee, #20919
Assistant District Attorney
19th Judicial District Court
Parish of East Baton Rouge
State of Louisiana
222 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 389-3453

SCR

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to Nicholas Trenticosta, Attorney for Petitioner Herman Wallace, Center for Equal Justice, 7100 St. Charles Avenue, New Orleans, Louisiana 70118.

Baton Rouge, Louisiana, this 5th day of May, 2010.

Dale R. Lee
Assistant District Attorney