UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMAN WALLACE (#76759) | |
| VERSUS | CIVIL ACTION |
| HOWARD PRINCE, ET AL | NUMBER 09-1027-RET |

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 9, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the State's Motion to Dismiss Petition For Writ of Habeas Corpus is denied and this matter is referred back to the magistrate judge for further proceedings on the petitioner's remaining claims.

Baton Rouge, Louisiana, June 6, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA