# United States District Court
# for the
# Middle District of Louisiana

| | | |
|---|---|---|
| **HERMAN WALLACE** | * | **NO. 3:09-CV-01027** |
| **VERSUS** | * | |
| **HOWARD PRINCE, WARDEN** | * | |

## MOTION TO STAY

Respondent respectfully moves that this Honorable Court stay the execution of its Ruling (Doc. No. 96) and Judgment (Doc. No. 97), dated October 1, 2013, granting a Conditional Writ of Habeas Corpus to the petitioner, Herman Wallace. *See* F.R.C.P. 62(c), F.R.A.P. 8(a)(1)(A). Howard Prince (or "the State"), has noticed his intent to appeal this Court's grant of conditional habeas relief to the United States Court of Appeal for the Fifth Circuit. *See* Doc. 98. The State, through the undersigned, is preparing an accompanying memorandum of law. However, due to the urgent nature of this matter and the fact that the petitioner has been granted immediate release, the state respectfully advances this motion and will submit its memorandum forthwith.

1

WHEREFORE, the State respectfully requests that this Court grant its motion to stay, as well as all other relief to which it is entitled.

Respectfully submitted,

HILLAR C. MOORE III
DISTRICT ATTORNEY

/s/ DALE R. LEE, #20919
ASSISTANT DISTRICT ATTORNEY
Nineteenth Judicial District Court
Parish of East Baton Rouge
State of Louisiana
222 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 389-3453
Facsimile: (225) 376-0005
E-mail: dale.lee@ebrda.org
*Attorney for Howard Prince, Warden*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2013, a copy of the above and foregoing was filed electronically with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all Counsel for Petitioner, by operation of the court's electronic filing system.

/s/ Dale R. Lee
Assistant District Attorney