UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERMAN WALLACE     CIVIL ACTION

VERSUS

HOWARD PRINCE, WARDEN     NO.: 3:09-cv-01027-BAJ-SCR

## RULING AND ORDER

Before the Court is Petitioner Herman Wallace's **MOTION FOR AN EMERGENCY PROTECTIVE ORDER (Doc. 104),** seeking "a protective order barring the State from acting on any indictment obtained while the federal court has jurisdiction," and "request[ing] an emergency telephonic hearing on this motion." (*Id.*). Because the Respondent ("State") has filed a notice of appeal with the U.S. Court of Appeals for the Fifth Circuit in this matter, (Doc. 101), this Motion is properly taken up by that Court. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Additionally, the Petitioner's request to enjoin the state from "act[ing] on any unlawfully obtained indictment, until the appeal process has run its course" (Doc. 104-1 at p. 3) is a matter properly taken up by the Louisiana Supreme Court. *See State v. Sepulvado*, 2013-2177 (La. 9/25/13).

1

Accordingly, this Court **DENIES** the Petitioner's **MOTION FOR AN EMERGENCY PROTECTIVE ORDER (Doc. 104).**

Baton Rouge, Louisiana, this 3d day of October, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2

Case 3:09-cv-01027-BAJ-SCR   Document 105   10/03/13   Page 2 of 2